1  Tanya E. Moore, SBN 206683
   Moore Law Firm, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email:  tanya@moorelawfirm.com

5  Attorney for Plaintiff
   Jose Escobedo

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **EASTERN DISTRICT OF CALIFORNIA**

10

11  JOSE ESCOBEDO,                  )  No. 1:15-cv-01004-TLN-SKO
                                    )
12          Plaintiff,              )  **STIPULATION FOR DISMISSAL OF**
                                    )  **ACTION; ORDER**
13      vs.                         )
                                    )
14  McDONALD's CORPORATION dba      )
    GOLDEN ARCH REALTY              )
15  CORPORATION, et al.,            )
                                    )
16                                  )
            Defendants.             )
17                                  )
                                    )
18  _____)

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff, Jose Escobedo, and Defendants, McDonald's Corporation dba Golden Arch Realty Corporation and McDonald's Restaurants of California, Inc. dba McDonald's #37, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Date: September 30, 2015          MOORE LAW FIRM, P.C.


                                  */s/ Tanya E. Moore*
                                  Tanya E. Moore
                                  Attorney for Plaintiff
                                  Jose Escobedo


Date: September 30, 2015          GIBSON, DUNN & CRUTCHER LLP


                                  */s/ Lauren G. Escher*
                                  Lauren G. Escher
                                  Attorneys for Defendants
                                  McDonald's Corporation dba Golden Arch
                                  Realty Corporation and McDonald's
                                  Restaurants of California, Inc. dba
                                  McDonald's #37

## ORDER


The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.


**IT IS SO ORDERED**.


Dated:  October 1, 2015

                                  _____
                                  Troy L. Nunley
                                  United States District Judge

STIPULATION FOR DISMISSAL OF ACTION; ORDER